IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC., *et al.*,

        Plaintiffs,

v.

MAIDENFORM, LLC,

        Defendant.

Case No. 2:14-cv-164
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Nora McCann King

## ORDER

Pursuant to Rules 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, the parties have filed a stipulated dismissal with prejudice of all claims and counterclaims in this Action. (ECF No. 70.) Accordingly, all claims in this Action are **DISMISSED** with prejudice. Each side shall bear its own costs and attorneys' fees.

The Clerk is **DIRECTED** to close this case and remove it from the Court's pending case list.

IT IS SO ORDERED.

2-25-2016
DATED

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE